IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EMERSON SLAUGHTER,

    Petitioner,                             No. CIV S-07-2135 MCE KJM P

    vs.

D.K. SISTO, Warden,

    Respondent.                         FINDINGS AND RECOMMENDATIONS

                                  /

        By an order filed October 22, 2007, petitioner was ordered to file a request to proceed in forma pauperis or pay the filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and petitioner has not filed a request to proceed in forma pauperis or paid the filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

/////

1

1 | failure to file objections within the specified time may waive the right to appeal the District
2 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 | DATED: January 10, 2008.
4 | _____
  | U.S. MAGISTRATE JUDGE

6 | 1
  | slau2135.fifp